UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAKEEM HODGE,<br><br>                              Plaintiff,<br><br>         -against-<br><br>CITY OF NEW YORK D.O.C.; REED SHIELD #1373,<br><br>                              Defendants. | 24cv5737 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the July 11, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  July 11, 2025
          New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                           Chief United States District Judge